| | | |
|---|---|---|
| TRAVELERS INDEMNITY COMPANY, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| V | ) | **ORDER** |
| | ) | |
| DIBOCO FIRE SPRINKLER, INC., et al, | ) | |
| | ) | |
| Defendants | ) | |

**THIS MATTER** is before the court on R. Kent Warren's Application for Admission to Practice *Pro Hac Vice* of Charles C. Eblen. It appearing that Charles C. Eblen is a member in good standing with the Missouri Bar and will be appearing with R. Kent Warren, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that R. Kent Warren's Application for Admission to Practice *Pro Hac Vice* (#18) of Charles C. Eblen is **GRANTED**, and that Charles C. Eblen is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with R. Kent Warren.

Signed: July 8, 2009

_Dennis L. Howell_

Dennis L. Howell
United States Magistrate Judge