# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:08 CV 548

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY, et al., | ) ) ) |
| Plaintiff | ) ) |
| V | ) **ORDER** |
| DIBOCO FIRE SPRINKLERS, INC., et al., | ) ) ) |
| Defendant | ) |

**THIS MATTER** is before the court on R. Kent Warren's Application for Admission to Practice *Pro Hac Vice* of Paul Anthony Williams. It appearing that Paul Anthony Williams is a member in good standing with the Missouri Bar and will be appearing with R. Kent Warren, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that R. Kent Warren's Application for Admission to Practice *Pro Hac Vice* (#52) of Paul Anthony Williams is **GRANTED**, and that Paul Anthony Williams is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with R. Kent Warren.

Signed: January 21, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge