# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:08 cv 548

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY as subrogee of THE RESIDENCES AT BILTMORE CONDOMINIUM HOA, INC., | )<br>)<br>)<br>) |
| Plaintiff | ) |
| | ) **ORDER** |
| v | ) |
| DIBOCO FIRE SPRINKLERS, INC., | ) |
| Defendant and Third-Party Plaintiff, | ) |
| v | ) |
| VICTAULIC COMPANY, | ) |
| Third-Party Defendant, | ) |
| v | ) |
| ALLIED TUBE & CONDUIT CORPORATION, | ) |
| Third-Party Defendant. | ) |

**THIS MATTER** is before the court on Matthew K. Lilly's Application for Admission to Practice *Pro Hac Vice* of Gregory J. Wartman. It appearing that Matthew K. Lilly is a member in good standing with the Pennsylvania Bar and will be appearing with Matthew K. Lilly, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Matthew K. Lilly's Application for Admission to Practice *Pro Hac Vice* (#66) of Gregory J. Wartman is **GRANTED**, and that

Gregory J. Wartman is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Matthew K. Lilly.

Signed: February 16, 2010

Dennis L. Howell
United States Magistrate Judge