**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:08cv548**

| | | |
|---|---|---|
| **TRAVELERS INDEMNITY COMPANY** as subrogee of **THE RESIDENCES AT BILTMORE CONDOMINIUM HOA, INC.,** | ) ) ) ) ) | |
| **Plaintiff ,** | ) ) | |
| Vs. | ) ) | |
| **DIBOCO FIRE SPRINKLERS, INC.,** | ) ) | |
| **Defendant and Third-Party Plaintiff,** | ) ) ) | |
| Vs. | ) ) | **STIPULATED ORDER** |
| **VICTAULIC COMPANY,** | ) ) | |
| **Third-Party Defendant,** | ) ) ) | |
| Vs. | ) ) | |
| **ALLIED TUBE & CONDUIT, CORPORATION,** | ) ) ) | |
| **Third-Party Defendant.** | ) ) ) | |
| _____ | ) ) | |

THIS MATTER is before the Court on Allied Tube & Conduit Corporation's ("Allied") Motion to Compel against Victaulic Company ("Victaulic"). The parties jointly represent to the Court that they have reached a stipulation as to each discovery request which was subject to the Motion to Compel, and hereby request that the Court

memorialize their stipulation, and adopt the same as the Order of the Court.

## ORDER

**IT IS, THEREFORE, ORDERED** that Allied's Motion to Compel (#57) is

**ALLOWED**, as follows:

Requests for Production:

6.        Victaulic waives objections and agrees to produce any non-privileged responsive documents.

12.        Victaulic waives objections and affirms absence of responsive information.

15-17.        Victaulic waives objections and agrees to produce legal complaints as well as demand letters.

18, 24-40.        Victaulic waives objections and agrees to produce notice letters to the extent they can be located for 1" and 11/2" FireLock CPVC pipe manufactured in 2005 and 2006. To the extent Victaulic does not have a notice letter for a particular complaint involving 1" and 11/2" FireLock CPVC pipe manufactured in 2005 and 2006, Victaulic agrees to provide a table identifying the name of the individual making the complaint, the date of the complaint, and a brief description of the nature of the complaint.

43-48.        Victaulic waives objections and agrees to produce any responsive documents relating to operation of the extruders in 2005 and 2006.

| | |
|---|---|
| 49-57. | Victaulic waives objections and agrees to produce responsive documents for 1" and 1½" Firelock CPVC pipe manufactured in 2005 and 2006. |
| 58-59. | Victaulic waives objections and affirms absence of additional responsive information. |
| 60-73. | Victaulic waives objections and agrees to provide Operator Handbook and QA/QC Manual as described by Victaulic 30(b)(6) deponents, to the extent these documents can be located. |
| 74-76. | Victaulic waives objections and affirms absence of additional responsive information or documents. |
| 77-87. | Subject to expert stipulation filed concurrently by the parties. |
| 88-90. | Victaulic waives objections and agrees to produce any responsive documents. |
| 91-94. | Victaulic waives objections and affirms absence of responsive information. |
| 95-99. | Victaulic waives objections and agrees to produce non-privileged, factual materials for anyone who visited the Biltmore site on behalf of Victaulic. |
| 100. | Victaulic waives objections and agrees to identify the name of the registered formulation for the Firelock CPVC fire sprinkler pipe. |
| 101-103. | Victaulic waives objections and affirms absence of responsive information. |

104.    Victaulic waives objections and agrees to produce Certificates of Analysis for resin and additives (raw materials) purchased in 2005 and 2006 for the Firelock CPVC fire sprinkler pipe to the extent the documents can be located.

105.    Victaulic waives objections and affirms absence of responsive information.

106.    Victaulic waives objections and agrees to produce Certificates of Analysis for resin and additives (raw materials) purchased in 2005 and 2006 for the Firelock CPVC fire sprinkler pipe to the extent the documents can be located.

107-108.    Victaulic waives objections and agrees to identify the name of the compound used by Victaulic/Coastline in the manufacture of Firelock CPVC fire sprinkler pipe in 2004, 2005, 2006, 2007 and 2008.

All documents and information ordered to be provided herein must be provided by or before March 5, 2010.

Signed: February 19, 2010

Dennis L. Howell
United States Magistrate Judge